UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Criminal Action No.10-181 (FSH) |
| v. | : | **ORDER** |
| ZENOBIA WILLIAMS, | : | December 14, 2011 |
| Defendant. | : | |

**HOCHBERG, District Judge:**

This matter having come before the Court upon Ms. Zenobia Williams's *pro se* motion for leave to file an appeal out of time; and the Court finding that Judgment was entered as to Ms. Williams on February 23, 2011; and the Court also finding that Ms. Williams filed a Notice of Appeal on March 3, 2011; and the Court noting that with respect to a criminal matter, "a defendant's notice of appeal must be filed in the district court within 14 days after . . . the entry of either the judgment or the order being appealed," *see* Fed. R. App. P. 4(b)(1)A)(I); and the Court finally finding that Ms. Williams's Notice of Appeal was filed in a timely manner as it was filed within 14 days of the Court's filing of the judgment in this matter,

**IT IS** on this 14th day of December, 2011,

**ORDERED** that Ms. Williams' *pro se* motion for leave to file an appeal out of time [docket # 20] is deemed **MOOT**.

                                                                   **s/ Faith S. Hochberg**
                                                                    Hon. Faith S. Hochberg, U.S.D.J.